# United States District Court
# Central District of California

| | |
|---|---|
| KIMBERLY CHANTEL ENGLISH, | Case № 2:18-CV-08776-ODW (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE MORTGAGE STORE FINANCIAL INC. et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

July 8, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**